

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-16-00679-CV

John M. **DONOHUE**,
Appellant

v.

William **MCMANUS**, Perla Dominguez and Kevin Nakata,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI12457
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant, who is pro se on appeal, has filed a motion asking for an extension of time to file his appellant's brief, which is currently due December 15, 2016. As reason for the extension, appellant advises he requested a copy of the appellate record, but has not received it. We have reviewed appellant's filings in this court and find he has not requested a copy of the appellate record. However, we will interpret his request for an extension of time based his lack of access to the appellate record as a request for same.

Accordingly, we **ORDER** the clerk of this court to copy and send to appellant a copy of the clerk's record and the reporter's record in this matter. We **GRANT** appellant's motion for extension of time to file his brief and **ORDER** appellant to file his brief in this court on or before **January 23, 2017**.

We **order** the clerk of this court to serve copies of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court